**ORIGINAL**

**FILED**

10/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0420

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0420

RASTA KHALID WALID,

     Plaintiff and Appellant,

v.

STATE OF MONTANA, ATTORNEY
GENERAL, DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES,
CHILD SUPPORT ENFORCEMENT
DIVISION, OFFICE OF THE
ADMINISTRATIVE LAW JUDGE,

     Defendants and Appellees.

ORDER

**FILED**

OCT - 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Rasta Khalid Walid has filed a motion for a 90-day extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 8, 2024, to file his opening brief.

DATED this 6 day of October, 2023.

For the Court,

_____
Chief Justice